UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 06-208-AG | Date: January 25, 2013 |

Present: The Honorable **Andrew J. Guilford, U.S. District Court Judge**

Interpreter: Not Needed

USPO: Terry Ginsburg

| Dwayne Roberts | Denise Paddock | Doug McCormick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SALVATORE FAVATA | | X | | Kelley Munoz, DFPD | X | X | |

**Proceedings:** Evidentiary Hearing Re: Violation of Supervised Release

Cause is called for hearing with defendant, his counsel and counsel for the Government present. Probation Officer Terry Ginsburg also present. Court and counsel discuss the allegations in the Petition filed November 9, 2012. Defendant admits the allegations. Court FINDS defendant in violation of supervision. Supervision is REVOKED and the defendant is committed to the Bureau of Prisons for a period of four (4) months.

Upon release from imprisonment, the defendant is reinstated on supervised release for a period of thirty-two (32) months under the same conditions as previously imposed with the following additional condition: Defendant shall participate for a period of six (6) months in a home detention program which may include electronic monitoring, GPS, alcohol monitoring unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. Defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. Defendant shall provide payment and proof of payment as instructed.

Defendant ordered to surrender himself to the custody of the U.S. Marshal's Office by noon on February 1, 2013. The Court recommends defendant be housed at a Southern California facility.

Defendant advised of his right to appeal.

Restitution hearing set for April 8, 2013 is ordered vacated.

: 50
Initials of Deputy Clerk    dr